UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOAN SMITH,

Plaintiff,

v.                                                                    Case No. 6:11-cv-212-Orl-19GJK

CLIENT SERVICES, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: June 8, 2011                                                Respectfully submitted,

/s Andrew I. Glenn_____                 /s Dale Golden_____
Andrew I. Glenn                                                         Charles J. McHale, Esq.
E-mail: Andrew@cardandglenn.com                       Florida Bar No. 0026555
Florida Bar No.: 577261                                           Email: cmchale@goldenscaz.com
J. Dennis Card, Jr.                                                    GOLDEN & SCAZ, PLLC
E-mail: Dennis@cardandglenn.com                        201 North Armenia Avenue
Florida Bar No. 0487473                                          Tampa, FL 33609
Card & Glenn, P.A.                                                   Telephone: (813) 251-5500
2501 Hollywood Boulevard, Suite 100                    Facsimile: (813) 251-3675
Hollywood, Florida 33020                                         Attorneys for Defendant
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff
Dale T. Golden, Esq.
Florida Bar No. 0094080
Email: dale.golden@goldenscaz.com

1